EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 05 2002

at ____ o'clock and ____ min ____ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR02 00234 HG |
| Plaintiff, | INDICTMENT |
| v. | |
| STEVE MONIZ, | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) |
| Defendant. | |

INDICTMENT

COUNT 1

The Grand Jury charges:

Between April 1, 2002 and April 14, 2002, in the District of Hawaii, the defendant, STEVE MONIZ, intentionally and knowingly distributed in excess of five grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code,

SEALED
BY ORDER OF THE COURT

Sections 841(a)(1) and 841(b)(1)(B).

COUNT 2

The Grand Jury further charges:

Between April 15, 2002, and April 30, 2002, in the District of Hawaii, the defendant, STEVE MONIZ, intentionally and knowingly distributed in excess of five grams of methamphetamine, its salts, isomers, and salts of its isomers.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: June 5, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney


_____
LORETTA SHEEHAN
Assistant U.S. Attorney

2